```
                                              FILED
                                           July 14, 2006
                                        CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
                                              CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )   Case No. 2:06-mj-195 KJM
            Plaintiff,                  )
v.                                      )   ORDER FOR RELEASE OF
                                        )   PERSON IN CUSTODY
Kulwant Singh Gill,                     )
                                        )
_____)
            Defendant.

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Kulwant Singh Gill** Case No. **2:06-mj-195 KJM** from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ $200,000 Unsecured Appearance Bond signed by the defendant

           to be replaced by secured bond within 2 weeks

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) **PTS conditions/supervision**

Issued at **Sacramento, CA** on **7/14/06** at **3:12 p.m.**

By _____
Kimberly J. Mueller
United States Magistrate Judge