```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| KULWANT SINGH GILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case came before the court for a status conference on September 6, 2006. Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. The defendant appeared out of custody, and was represented by Attorney R. Robert Monterrosa.

The parties informed the court that the government was still in the process of providing various documents to the defendant, and therefore requested that a status conference be calendared for September 19, 2006. Defense counsel agreed to an exclusion of time from the Speedy Trial Act through September 19th, and the defendant personally agreed to an exclusion of time through that date.

///

1         ACCORDINGLY:  This matter is set for a status conference on
2    September 19, 2006.  Pursuant to the agreement of both parties,
3    time is excluded through September 19, 2006, from computation
4    under the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
5    § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6    time to prepare his case.

8         IT IS SO ORDERED.

10   DATED: September 14, 2006

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2