McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| KULWANT SINGH GILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case came before the court for a status conference on September 19, 2006.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared out of custody, and was represented by Attorney Peter Priamos.

The parties informed the court that defense counsel still needed to examine all of the lengthy discovery in this case, and therefore requested that a status conference be calendared for November 7, 2006, so that defense counsel would have time to do so.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through November 7th, and the defendant personally agreed to an exclusion of time through that date.

1

     ACCORDINGLY:  This matter is set for a status conference on November 7, 2006.  Pursuant to the agreement of both parties, time is excluded through November 7, 2006, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

     IT IS SO ORDERED.

DATED: November 6, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2