```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-06-312 LKK |
| Plaintiff, | |
| | STIPULATION; ORDER |
| KULWANT SINGH GILL, | |
| Defendant. | |

Defendant Kulwant Singh Gill, through R. Robert Monterrosa, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 7, 2006, be vacated. The parties further stipulate that a status conference be placed on the court's January 3, 2007, calendar.

After examining the lengthy discovery in this case, defense counsel needs to conduct an investigation. Due to his trial schedule, defense counsel estimates that he will need at least until January 3rd to conduct this investigation. As such, the parties are requesting that the case be placed on the January 3rd calendar for status conference.

///

1     For these reasons, the parties request that a status conference in this case be scheduled for January 3, 2007.  The parties further agree that time should be excluded through January 3, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: November 3, 2006       Very truly yours,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                           By:/s/ Kenneth J. Melikian
                              KENNETH J. MELIKIAN
                              Assistant U.S. Attorney

DATED: November 3, 2006      /s/ Kenneth J. Melikian
                              R. ROBERT MONTERROSA
                              Attorney for Defendant
                              (Signed by Kenneth J. Melikian
                               per authorization by R. Robert
                              Monterrosa)

    IT IS SO ORDERED.

DATED: November 6, 2006

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT