1 | McGREGOR W. SCOTT
United States Attorney
2 | KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, Ca.  95814
4 | Telephone:  (916) 554-2700

5

6

7

8 |          IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  CR. NO. S-06-312 LKK
                                   )
12 |                 Plaintiff,       )
                                   )  STIPULATION; ORDER
13 |                                  )
   | KULWANT SINGH GILL,              )
14 |                                  )
   |                 Defendant.       )
15 | _____ )

16 |     Defendant Kulwant Singh Gill, through R. Robert Monterrosa,

17 | Attorney At Law, and the United States of America, through

18 | Assistant U.S. Attorney Kenneth J. Melikian, agree that the status

19 | conference scheduled for January 9, 2007, be vacated.  The parties

20 | further stipulate that a status conference be placed on the

21 | court's March 6, 2007, calendar.

22 |     Defense counsel is still in the process of conducting his

23 | investigation in this case.  The defendant's alleged illegal

24 | activity spanned a period of three years, and involved multiple

25 | victims.  It is therefore anticipated that defense counsel will

26 | need until approximately late February to finish this

27 | investigation.  As such, the parties are requesting that the case

28 | be placed on the March 6th calendar for status conference.

1

1    For these reasons, the parties request that a status

2  conference in this case be scheduled for March 6, 2007.  The

3  parties further agree that time should be excluded through

4  March 6, 2007, from computation under the Speedy Trial Act

5  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order

6  to allow defense counsel to prepare his case.

7  DATED: January 4, 2007            Very truly yours,

8                                    McGREGOR W. SCOTT
                                     United States Attorney

9

10

                                  By:/s/ Kenneth J. Melikian
11                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

12

13 DATED: January 4, 2007            /s/ Kenneth J. Melikian
                                     R. ROBERT MONTERROSA
14                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                   per telephonic authorization by
                                     R. Robert Monterrosa)

16

17

18       IT IS SO ORDERED.

19

20 DATED: January 5, 2007

21

22 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
23 UNITED STATES DISTRICT COURT

24

25

26

27

28

                                  2