FILED

FEB 16 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 06-312 LKK |
| Plaintiff(s) | **ORDER** |
| vs. | |
| KULWANT SINGH GILL, | |
| Defendant(s) | |

GOOD CAUSE APPEARING, the Clerk of the United States District Court is hereby ordered to return the passport of the defendant KULWANT SINGH GILL to him forhtwith.

Date: 2/16/2007

_____
Chief United States District Judge

ORDER