```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-06-312 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION; ORDER |
| KULWANT SINGH GILL, | ) |
| Defendant. | ) |

Defendant Kulwant Singh Gill, through Peter Priamos, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for March 6, 2007, be vacated. The parties further stipulate that an arraignment on a superseding indictment be placed on the magistrate judge's March 19, 2007, calendar.

The grand jury returned a superseding indictment against the defendant on March 1, 2007. Defense counsel has not yet seen this superseding indictment. It will be provided to him, and defense counsel will be prepared for an arraignment on March 19, 2007.

For these reasons, the parties request that an arraignment be scheduled before the magistrate judge on March 19, 2007. The parties further agree that time should be excluded through

1

1 | March 19, 2007, from computation under the Speedy Trial Act
2 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3 | to allow defense counsel to prepare his case.
4 | DATED: March 5, 2007					Very truly yours,
5 | 								McGREGOR W. SCOTT
6 | 								United States Attorney
7 |
8 | 						By:/s/ Kenneth J. Melikian
  | 						   KENNETH J. MELIKIAN
  | 						   Assistant U.S. Attorney
9 |
10 | DATED: March 5, 2007				/s/ Kenneth J. Melikian
   | 							PETER PRIAMOS
11 | 							Attorney for Defendant
   | 							(Signed by Kenneth J. Melikian
12 | 							per telephonic authorization by
   | 							Peter Priamos)
13 |
14 |
15 |      IT IS SO ORDERED.
16 |
17 | DATED: March 5, 2007
18 | 							_____
   | 							LAWRENCE K. KARLTON
19 | 							SENIOR JUDGE
   | 							UNITED STATES DISTRICT COURT

2