```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CR. NO. S-06-312 LKK
                                  )
12                 Plaintiff,     )
                                  )  STIPULATION; ORDER
13       v.                       )
                                  )
14  KULWANT SINGH GILL,           )
                                  )
15                 Defendant.     )
    _____)
16
```

17      Defendant Kulwant Singh Gill, through Peter Priamos, Attorney
18 At Law, and the United States of America, through Assistant U.S.
19 Attorney Kenneth J. Melikian, agree that the arraignment on the
20 superseding indictment scheduled for March 19, 2007, be vacated.
21 The parties further stipulate that an arraignment on the
22 superseding indictment be placed on the magistrate judge's
23 March 30, 2007, calendar.
24      The grand jury returned a superseding indictment against the
25 defendant on March 1, 2007.  Defense counsel has not yet seen this
26 superseding indictment.  To give defense counsel an opportunity to
27 examine this superseding indictment, and to act upon it in any way
28 necessary, the court yesterday set an arraignment date of

1

1 March 19, 2007.  At the time, it was believed that March 19th
2 would be a date that defense counsel could travel to Sacramento
3 from Southern California.  It turns out, however, that, due to his
4 tremendously busy schedule, defense counsel will not be able to
5 travel to Sacramento until the end of the month.
6     For these reasons, the parties request that an arraignment be
7 scheduled before the magistrate judge on March 30, 2007.  The
8 parties further agree that time should be excluded through
9 March 30, 2007, from computation under the Speedy Trial Act
10 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
11 to allow defense counsel to prepare his case.

DATED: March 6, 2007            Very truly yours,
                                McGREGOR W. SCOTT
                                United States Attorney


                            By:/s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney


DATED: March 6, 2007            /s/ Kenneth J. Melikian
                                PETER PRIAMOS
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                per telephonic authorization by
                                Peter Priamos)

    IT IS SO ORDERED.

DATED: March 6, 2007.

                                _____
                                HONORABLE EDMUND F. BRENNAN
                                U.S. Magistrate Judge