```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| KULWANT SINGH GILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case came before the court for a status conference on May 22, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared out of custody, and was represented by Attorney R. Robert Monterrosa.

The parties informed the court that they were requesting a continuance of the status conference to August 21, 2007.  The parties informed the court that there might be a change of plea on that date.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through August 21st, and the defendant personally agreed to an exclusion of time through that date.

ACCORDINGLY:  This matter is set for a status conference/ change of plea hearing on August 21, 2007.  Pursuant to the

1  agreement of both parties, time is excluded through August 21,
2  2007, from computation under the Speedy Trial Act pursuant to
3  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford
4  the defendant reasonable time to prepare his case.

6       IT IS SO ORDERED.

8  DATED: June 6, 2007                 _____
                                        LAWRENCE K. KARLTON
9                                       SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT