McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | CR. NO. S-06-312 LKK |
|              Plaintiff,    )  | |
|                            )  | SUMMARY ORDER |
| KULWANT SINGH GILL,        )  | |
|              Defendant.    )  | |
| _____)  | |

    This case came before the court for a status conference on August 21, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared out of custody, and was represented by Attorney R. Robert Monterrosa.

    The parties informed the court that they were continuing to negotiate a settlement in this case, and therefore requested that a status conference be calendared for October 10, 2007, so that they could hopefully conclude their negotiations.  Defense counsel agreed to an exclusion of time from the Speedy Trial Act through October 10th, and the defendant personally agreed to an exclusion of time through that date.

1     ACCORDINGLY:  This matter is set for a status conference on
2 October 10, 2007.  Pursuant to the agreement of both parties, time
3 is excluded through October 10, 2007, from computation under the
4 Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
5 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6 time to prepare his case.

8     IT IS SO ORDERED.

10 DATED: August 21, 2007

11     LAWRENCE K. KARLTON
    SENIOR JUDGE
12     UNITED STATES DISTRICT COURT