```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUMMARY ORDER |
| | ) | |
| KULWANT SINGH GILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case came before the court for a status conference on October 23, 2007. Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. The defendant appeared out of custody, and was represented by Attorney R. Robert Monterrosa.

Mr. Monterrosa informed the court that due to the recent passing of co-counsel Peter Priamos, he needed some time to do additional work on this case. He therefore requested that the status conference be continued to November 27, 2007. Mr. Melikian acknowledged that this request was reasonable. Mr. Melikian informed the court that it was possible that the parties could reach an agreement such that the defendant would plead guilty on

1 | November 27th.  If not, Mr. Melikian further informed the court
2 | that the parties may request that the court set a trial date.
3 |        Defense counsel agreed to an exclusion of time from the
4 | Speedy Trial Act through November 27th, and the defendant
5 | personally agreed to an exclusion of time through that date.
6 |        ACCORDINGLY:  This matter is set for a status conference on
7 | November 27, 2007.  Pursuant to the agreement of both parties,
8 | time is excluded through November 27, 2007, from computation under
9 | the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
10 | 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
11 | time to prepare his case.
12 |
13 |        IT IS SO ORDERED.
14 |
15 | DATED: October 23, 2007
16 |
17 | _____
     LAWRENCE K. KARLTON
     SENIOR JUDGE
18 | UNITED STATES DISTRICT COURT

2