```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| KULWANT SINGH GILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   This case came before the court for a status conference on November 27, 2007.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared out of custody, and he was represented by Nicola Wood, who appeared for Attorney R. Robert Monterrosa.

   Mr. Melikian informed the court that he had spoken with Mr. Monterrosa, and that Mr. Monterrosa wanted to continue the status conference to January 8, 2008.  Mr. Melikian further informed the court that the government had no objection to this request.  Mr. Melikian told the court that due to the recent passing of co-counsel Peter Priamos, Mr. Monterrosa had indicated that he need more time to work on the case.

1

1 | The parties agreed to an exclusion of time from the Speedy
2 | Trial Act through January 8th, and the defendant personally agreed
3 | to an exclusion of time through that date.
4 | ACCORDINGLY:  This matter is set for a status conference on
5 | January 8, 2008.  Pursuant to the agreement of both parties, time
6 | is excluded through January 8, 2008, from computation under the
7 | Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
8 | 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
9 | time to prepare his case.
10 |
11 | IT IS SO ORDERED.
12 |
13 | DATED: November 29, 2007
14 |
15 | 
16 | LAWRENCE K. KARLTON
17 | SENIOR JUDGE
    | UNITED STATES DISTRICT COURT

2