```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>                             )<br> KULWANT SINGH GILL,         )<br>                             )<br>            Defendant.       )<br> _____) | CR. NO. S-06-312 LKK<br><br><br>STIPULATION; ORDER |

Defendant Kulwant Singh Gill, through R. Robert Monterrosa, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 8, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's February 12, 2008, calendar.

The parties have been involved in settlement discussions, but the defense has brought matters to the attention of the government which the government must investigate before these discussions can be finalized.  The parties are hopeful that this investigation can be completed, and a plea agreement finalized, by February 12th.

For these reasons, the parties request that a status conference in this case be scheduled for February 12, 2008.  The

1

1 | parties further agree that time should be excluded through
2 | February 12, 2008, from computation under the Speedy Trial Act
3 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
4 | to allow defense counsel to prepare his case.
5 | DATED: January 4, 2008                 Very truly yours,
6 |                                        McGREGOR W. SCOTT
                                           United States Attorney
7 |
8 |
                                        By:/s/ Kenneth J. Melikian
9 |                                        KENNETH J. MELIKIAN
                                           Assistant U.S. Attorney
10|
11| DATED: January 4, 2008                 /s/ Kenneth J. Melikian
                                           R. ROBERT MONTERROSA
12|                                        Attorney for Defendant
                                           (Signed by Kenneth J. Melikian
13|                                        per telephonic authorization by
                                           R. Robert Monterrosa)
14|
15|
16|     IT IS SO ORDERED.
17|
18| DATED: January 7, 2008
19|                                        _____
                                           LAWRENCE K. KARLTON
20|                                        SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
21|
22|
23|
24|
25|
26|
27|
28|

2