MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KULWANT GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR.S-06-312-LKK |
| Plaintiff, | ) |
| | ) SUBSTITUTION OF ATTORNEYS AND |
| v. | ) ORDER THEREON |
| | ) |
| | ) Date: |
| | ) Time: |
| KULWANT GILL | ) Judge: Hon. Lawrence K. Karlton |
| | ) |
| Defendant. | |

**ORDER**

Kulwant Gill hereby requests that the court substitute out his present attorney, R. Robert Monterossa, Esq., and allow an order substituting in place and in stead attorney Mark J. Reichel for Mr. Gill.

The undersigned signators agree and request this substitution.

Substitution of attorney

|   |   |
|---|---|
| | MARK J. REICHEL<br>Attorney at Law |
| DATED: February 12, 2008 | /s/ MARK J. REICHEL<br>MARK J. REICHEL<br>Attorney for Defendant |
| | R. ROBERT MONTEROSSA, ESQ<br>Attorney at Law |
| DATED: February 12, 2008 | /s/ MARK J. REICHEL for<br>R. Robert Monterossa<br>Attorney |
| DATED: February 12, 2008 | /s/ MARK J. REICHEL for<br>KULWANT SINGH GILL<br>Defendant |

**O R D E R**

**IT IS SO ORDERED.**

DATED: February 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Substitution of attorney            2