1  MARK J. REICHEL, Bar #155034
   THE LAW OFFICES OF MARK J. REICHEL
2  555 Capitol Mall, 6th Floor Suite 600
   Sacramento, California  95814
3  Telephone: (916) 498-9258

4  Attorney for Defendant
   KULWANT GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-06-0312-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| ) | |
| ) | Date: March 25, 2008 |
| KULWANT GILL, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the status conference presently set for March 4, 2008 is hereby vacated and re set for March 25, 2008.

In the time period from the date of this stipulation, up and until the next court hearing, defense counsel will be interviewing witnesses, reviewing extensive discovery, conducting plea negotiations, obtaining background documents by way of subpoena, and conducting legal research in the matter. The defendant, his counsel, and the government agree to an exclusion of time under the Speedy Trial Act up and until the next court hearing.

Stip and Order

IT IS SO AGREED:

DATED: March 3, 2008                    MARK J. REICHEL
                                        ATTORNEY AT LAW
                                        Attorney for defendant


                                        /S/ Mark Reichel


DATED: March 3, 2008                    MCGREGOR SCOTT
                                        UNITED STATES ATTORNEY



                                        /s/ Mark Reichel

                                        By KENNETH MELIKIAN
                                           ASSISTANT UNITED STATES ATTORNEY



**IT IS SO ORDERED.** The schedule as set forth above is adopted. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4.

DATED: March 3, 2008

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stip and Order                          2