1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,
12                  Plaintiff,
13           v.                            CR. NO. S-06-312 LKK
14 KULWANT SINGH GILL,
15                  Defendant.
   _____/
16 UNITED STATES OF AMERICA,
17                  Plaintiff,
18           v.                            CR. NO. S-08-107 FCD
19 KULWANT SINGH GILL,
                                           **RELATED CASE ORDER**
20                  Defendant.
21 _____/
22      Examination of the above-entitled criminal actions reveals
23 that the actions are related within the meaning of Local Rule 83-
24 123, E.D. Cal. (1997).  For the reasons set forth in the
25 government's Notice of Related Cases, the assignment of the matters
26 to the same judge is likely to effect a substantial savings of

judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-08-107 FCD be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-08-107 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED:  March 12, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT