```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
| | ) | |
| Plaintiff, | ) | CR. NO. S-08-107 LKK |
| | ) | |
| | ) | SUMMARY ORDER |
| KULWANT SINGH GILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The above cases came before the court for status conferences on March 25, 2008.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and he was represented by Johnny L. Griffin.

    Mr. Griffin requested that the status conferences in these cases be continued to May 13, 2008.  Mr. Melikian indicated that, as Mr. Griffin was recently retained in both cases, and as he had a significant amount of discovery to examine, the government had no objection to the requested continuance.

    The parties agreed to an exclusion of time from the Speedy Trial Act through May 13th on both cases, and the defendant

1  personally agreed to an exclusion of time through that date on
2  both cases.
3        ACCORDINGLY:  These matters are set for status conference on
4  May 13, 2008.  Pursuant to the agreement of both parties, time is
5  excluded on both cases through May 13, 2008, from computation
6  under the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
7  § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
8  time to prepare his cases.
9
10       IT IS SO ORDERED.
11
12 DATED: April 3, 2008

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT