...

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Kulwant Singh Gill         **Docket No. 2:06-CR-312-LKK**

**COMES NOW** Rebecca A.Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Kulwant Singh Gill who was placed on bond by the Honorable Kimberly J. Mueller, sitting in the Court at Sacramento, California, on the14th day of July 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1341 = Mail Fraud; and, 18:1343 - Wire Fraud.

**BOND CONDITIONS:** On July 14, 2006, the defendant was released on a $200,000 collateral bond, secured by the available equity in his primary residence, with Pretrial Services supervision and special conditions of release. Please see attached. On March 10, 2008, the defendant was arrested by federal agents. On that same date, the defendant submitted to the matter of detention on the new federal case (2:08-CR-107-FCD), and no decision was made to revoke his bond in Case 2:06-CR-312-LKK.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated his conditions of release in that on March 6, 2008, Mr. Gill was Indicted for two counts of Wire Fraud.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this Court's calendar on Thursday, May 15, 2008, at 2:00 p.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

         Respectfully submitted,

         /s/ Rebecca A. Fidelman
         Rebecca A. Fidelman
         Pretrial Services Officer
         DATE:  May 14, 2008

### ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $___.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

 XX   The Court hereby orders this matter placed on this court's calendar on Thursday, May 15, 2008 at 2:00 p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

         Considered and ordered this 14th day of
         May, 2008, and ordered filed and
         made a part of the records in the above case.

         */s/ Gregory G. Hollows*
*gill.ord*         U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

7. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case.

**CHRONOLOGY OF EVENTS:**

On March 10, 2008, the defendant made his initial appearance in Case 2:08-Cr-0107-LKK, and was ordered detained without prejudice as a flight risk. The government requested the defendant's pretrial release in Case 2:06-0195-LKK be revoked in light of the newly alleged conduct. The court declined to make a ruling on the government's request at that time.