```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| Plaintiff, ) | CR. NO. S-08-107 LKK |
| ) | SUMMARY ORDER |
| KULWANT SINGH GILL, ) | |
| Defendant. ) | |

The above cases came before the court for status conferences on May 13, 2008.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and he was represented by Paul N. Puri.

The government moved to consolidate Case No. CR.S.-06-312 LKK with Case No. CR.S.-08-107 LKK.  Mr. Puri indicated that he was not yet familiar enough with the cases to determine whether he had any objection or not.  The court granted the government's motion to consolidate, and stated that should Mr. Puri later determine that he has an objection to the consolidation, he would be free to pose his objection at that time.

1   As he was very recently retained, Mr. Puri requested that the
2  status conference in these cases be continued to July 1, 2008.
3  Due to Mr. Puri's unfamiliarity with the cases, Mr. Melikian had
4  no objection.
5   The parties agreed to an exclusion of time from the Speedy
6  Trial Act through July 1st on both cases, and the defendant
7  personally agreed to an exclusion of time through that date.
8   ACCORDINGLY:  These matters are set for status conference on
9  July 1, 2008.  Pursuant to the agreement of both parties, time is
10 excluded on both cases through July 1, 2008, from computation
11 under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
12 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
13 time to prepare his cases.

15   IT IS SO ORDERED.

17 DATED: May 23, 2008

                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

2