McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
| | ) | |
| Plaintiff, | ) | CR. NO. S-08-107 LKK |
| | ) | |
| v. | ) | SUMMARY ORDER |
| | ) | |
| KULWANT SINGH GILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The above cases came before the court for status conferences on July 1, 2008.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, with Steven D. Bauer appearing as a courtesy for Attorney of Record Paul N. Puri.

    Mr. Bauer indicated that Mr. Puri had been under the belief that the defendant had planned to obtain new counsel, but found out just yesterday that the defendant had not done so.  Mr. Puri therefore needed additional time to familiarize himself with the defendant's cases.  He therefore requested, through Mr. Bauer, that the status conferences for these cases be continued to August

1

1  5, 2008.  Mr. Melikian had no objection.  The parties agreed to an
2  exclusion of time from the Speedy Trial Act through August 5th on
3  both cases, and the defendant personally agreed to an exclusion of
4  time through that date.
5      ACCORDINGLY:  These matters are set for status conference on
6  August 5, 2008.  Pursuant to the agreement of both parties, time
7  is excluded on both cases through August 5, 2008, from computation
8  under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. §
9  3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
10 time to prepare his cases.

12      IT IS SO ORDERED.

14 DATED: July 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT