**PAUL N. PURI**
**ATTORNEY [SBN 225741]**
PAUL PURI & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone (415) 295-4799
Facsimile (415) 295-4798
Email attorney@paulpuri.com

Attorney for Defendant,
KULWANT SINGH GILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>Defendant | No. 2:08-cr-00107-LKK<br>No. 2:06-cr-00312-LKK<br><br>STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND TO EXCLUDE TIME; ORDER |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Status Conference in the above-entitled matter, presently set for August 5, 2008 may be continued to September 30, 2008 at 9:30 a.m.

This stipulation is entered into at the request of the defendant as his counsel will be unavailable on the date presently set for Status Conference and to allow the parties to continue to pursue and discuss plea negotiations.

The parties further stipulate that the time from August 5, 2008 to September 30, 2008 is excludable under the Speedy Trial Act (18 USC § 3161 et seq) and in particular, sections 18 USC §§ 3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) to allow for adequate preparation and continuity of counsel and further that the ends of justice outweigh the public's interest in a speedy trial.

//
//

PAUL PURI & ASSOCIATES

STIPULATION RE: CONTINUANCE - 1

It is so stipulated.

        Dated this 1st day of August, 2008

/S/
PAUL N. PURI
Attorney for Defendant,
KULWANT SINGH GILL

        Dated this 1st day of August, 2008

/S/
KEN MELIKIAN
Assistant U.S. Attorney,
Per telephone authority

## ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that the Status Conference presently set for August 5, 2008 is continued to September 30, 2008 at 9:30 a.m. It is further ordered that the time between August 5, 2008 and September 30, 2008 is excludable under 18 USC §§ 3161 (h)(8)(B)(i) and (iv) to allow for adequate preparation and continuity of counsel and that the ends of justice outweigh the public's interest in a speedy trial.

    It is so ordered.

Date: August 4, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT