```
                                FILED
                                August 26, 2008
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                _____
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>KULWANT SINGH GILL, )<br>)<br>        Defendant. ) | Case No. CR. S-06-0312 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KULWANT SINGH GILL</u>, Case No. <u>CR. S-06-0312 LKK</u>, Charge <u>Title 18 USC §§ 1343; 1001(a)(2); 2</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>200,000</u>

        X  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    X  (Other) <u>Pretrial Services Supervision of Conditions - Temporary release until 9/8/08 @ 2:00 p.m.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 26, 2008</u> at <u>3:30</u> pm.

By <u>/s/ Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge