PAUL N. PURI
ATTORNEY [SBN 225741]
PAUL PURI & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, California 94104
Telephone (415) 295-4799
Facsimile (415) 295-4798
Email attorney@paulpuri.com

Attorney for Defendant,
KULWANT SINGH GILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:06-cr-00312-LKK |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION RE: CONTINUANCE OF MEDICAL STATUS REPORT; AND ORDER |
| KULWANT SINGH GILL, | |
| Defendant | |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the Status Conference in the above-entitled matter, presently set for September 8, 2008 may be continued to September 16, 2008 at 10:00 a.m.

This stipulation is entered into at the request of the defendant as he is on an antibiotic intravenous drip, which will create a hardship were he required to attend. Defense counsel is waiting for a communication from Kaiser's legal department about the duration of time he will remain on the drip, and as to the status of his other medical issues.

Counsel for Mr. Gill received a message from Mr. Melikian at 12:25p today he does stipulate to the one week continuance if the Court is agreeable.

//
//
//

1  It is so stipulated.

2                                    Dated this 5th day of September, 2008

3

4                                    /S/
                                     PAUL N. PURI
5                                    Attorney for Defendant,
                                     KULWANT SINGH GILL
6

7

8                                    Dated this 5th day of September, 2008

9

10                                   /S/
                                     KEN MELIKIAN
11                                   Assistant U.S. Attorney ,
                                     Per telephone authority
12

13

14

15
                                     **ORDER**
16
Good cause appearing and the parties having stipulated thereto, it is ordered that
17
the Status Conference presently set for September 8, 2008 is continued to
18
September 16, 2008, at 10:00 a.m.
19
        It is so ordered.
20

21
Date: September 8, 2008.
22

23                                   _____
                                     DALE A. DROZD
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

PAUL PURI &
ASSOCIATES
                            STIPULATION RE: CONTINUANCE - 2

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Alameda. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 255 Bush St, 16th Floor, San Francisco, CA 94104. On August 1, 2008, I served a copy of the document(s) described below:

( X )   [BY MAIL]    By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )   [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )   [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )   [BY FACSIMILE TRANSMISSION]   By consigning such a copy to a facsimile operator for transmittal.

**STIPULATION RE: CONTINUANCE [PROPOSED] ORDER**

In the manner identified above on those persons listed below:

**Ken Melikian**
**Ofc US Attorney**
**501 I St #10-100**
**Sacramento, CA, 95814**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2008 at Oakland, California.

Paul N. Puri

PAUL PURI & ASSOCIATES

STIPULATION RE: CONTINUANCE - 3