1 | 1McGREGOR W. SCOTT
United States Attorney
2 | KENNETH J. MELIKIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, Ca.  95814
4 | Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
|---|---|---|
| Plaintiff, | ) | CR. NO. S-08-107 LKK |
| v. | ) | STIPULATION; ORDER |
| KULWANT SINGH GILL, | ) | |
| Defendant. | ) | |

Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 17, 2008, be vacated.  The parties further stipulate that a status conference be placed on the court's January 6, 2009, calendar.

The parties are in the process of starting serious settlement discussions.  Considering the schedules of both counsel, it is anticipated that it could take until early January to finalize any plea agreement.

For these reasons, the parties request that a status conference in this case be scheduled for January 6, 2009.  The parties

1

1 | further agree that time should be excluded through    January 6,
2 | 2009, from computation under the Speedy Trial Act pursuant to
3 | local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow
4 | defense counsel to prepare his case.
5 | DATED: November 13, 2008          Very truly yours,
6 |                                   McGREGOR W. SCOTT
  |                                   United States Attorney
7 |
  |                                   /s/ Kenneth J. Melikian
8 |
  |                                   By
9 |                                     KENNETH J. MELIKIAN
  |                                   Assistant U.S. Attorney
10|
11| DATED: November 13, 2008          /s/ Kenneth J. Melikian
  |                                   MARTIN A. SABELLI
12|                                   Attorney for Defendant
  |                                   (Signed by Kenneth J. Melikian
13|                                   per telephonic authorization by
  |                                   Martin A. Sabelli)
14|
15|
16|      IT IS SO ORDERED.
17|
18| DATED: November 14, 2008
19|                                   _____
  |                                   LAWRENCE K. KARLTON
20|                                   SENIOR JUDGE
  |                                   UNITED STATES DISTRICT COURT
21|
22|
23|
24|
25|
26|
27|
28|

2