```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-312 LKK |
| Plaintiff, ) | CR. NO. S-08-107 LKK |
| v. ) | STIPULATION AND ORDER |
| KULWANT SINGH GILL, ) | |
| Defendant. ) | |

Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 6, 2009, be vacated.  The parties further stipulate that a status conference be placed on the court's February 3, 2009, calendar.

The parties have started serious settlement discussions. Considering the schedules and availability of both counsel, it is anticipated that the earliest a possible guilty plea could be entered would be February 3rd.

 For these reasons, the parties request that a status conference in this case be scheduled for February 3, 2009 at 9:15 a.m.  The

1

```
 1  parties further agree that time should be excluded through
 2  February 3, 2009, from computation under the Speedy Trial Act
 3  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
 4  to allow defense counsel to prepare his case.
 5  DATED: December 31, 2008          Very truly yours,
 6                                    McGREGOR W. SCOTT
                                      United States Attorney
 7
                                       /s/ Kenneth J. Melikian
 8
                                      By
 9                                      KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
10
11  DATED: December 31, 2008          /s/ Kenneth J. Melikian
                                      MARTIN A. SABELLI
12                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
13                                    per telephonic authorization by
                                      Martin A. Sabelli)
14
15
16       IT IS SO ORDERED.
17
18  DATED: January 5, 2009
19                                    _____
                                      LAWRENCE K. KARLTON
20                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

                                 2
```