McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-312 LKK |
| | ) | |
| Plaintiff, | ) | CR. NO. S-08-107 LKK |
| | ) | |
| v. | ) | |
| | ) | STIPULATION; ORDER |
| KULWANT SINGH GILL, | ) | |
| | ) | |
| Defendant. | ) | |

     Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for February 6, 2009, be vacated.  The parties further stipulate that a status conference be placed on the court's March 3, 2009, calendar.

     Defense counsel will be out of state on February 6th, making his appearance before this court impossible.  Further, the parties are conducting serious settlement discussions.  Considering the schedules and availability of both counsel, it is anticipated that the earliest a possible guilty plea could be entered would be March 3rd.

1  For these reasons, the parties request that a status conference

2  in this case be scheduled for March 3, 2009.  The parties further

3  agree that time should be excluded through   March 3, 2009, from

4  computation under the Speedy Trial Act pursuant to local code T4

5  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel

6  to prepare his case.

7  DATED: February 3, 2009          Very truly yours,

8                                   McGREGOR W. SCOTT
                                     United States Attorney
9

10
                                     By: /s/ Kenneth J. Melikian
11                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
12

13 DATED: February 3, 2009          /s/ Kenneth J. Melikian
                                     MARTIN A. SABELLI
14                                   Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
15                                   per telephonic authorization by
                                     Martin A. Sabelli)
16

17

18      IT IS SO ORDERED.

19

20 DATED: February 5, 2009

21

22                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
23                                   UNITED STATES DISTRICT COURT

24

25

26

27

28

                                     2