```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-06-312 LKK |
| Plaintiff, | CR. NO. S-08-107 LKK |
| v. | STIPULATION; ORDER |
| KULWANT SINGH GILL, | |
| Defendant. | |

Defendant Kulwant Singh Gill, through Martin A. Sabelli, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for March 3, 2009, be vacated.  The parties further stipulate that a status conference be placed on the court's May 5, 2009, calendar.

The parties have started serious settlement discussions. Because of the prosecutor's recent illness, and his participation in a trial shortly after his return, more time is needed to complete those negotiations.  Considering the schedules and availability of both counsel, it is anticipated that the earliest a possible guilty plea could be entered would be May 5th.

1

```
 1
 2    For these reasons, the parties request that a status conference
 3   in this case be scheduled for May 5, 2009.  The parties further
 4   agree that time should be excluded through   May 5, 2009, from
 5   computation under the Speedy Trial Act pursuant to local code T4
 6   (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel
 7   to prepare his case.
 8   DATED: February 27, 2009          Very truly yours,
 9                                     McGREGOR W. SCOTT
                                       United States Attorney
10
11
                                       By: /s/ Kenneth J. Melikian
12                                     KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
13
14   DATED: February 27, 2009          /s/ Kenneth J. Melikian
                                       MARTIN A. SABELLI
15                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
16                                     per telephonic authorization by
                                       Martin A. Sabelli)
17
18
19        IT IS SO ORDERED.
20
21   DATED: March 2, 2009
22                                     _____
                                       LAWRENCE K. KARLTON
23                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
24
25
26
27
28

                                        2
```