UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 06-cr-0312-LKK |
|---|---|
| Plaintiff, | No. 08-cr-0107-LKK |
| vs. | **STIPULATION AND ORDER REGARDING TRAVEL JUNE 6, 2009** |
| KULWANT SINGH GILL, | |
| Defendant | HONORABLE MAGISTRATE JUDGE DALE A. DROZD |

Undersigned counsel for Mr. Gill hereby requests that Kulwant Singh should be allowed to travel to Fremont, California, to attend his uncle's cremation this Saturday, June 6, 2009.

The United States has no objection.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request as long as Mr. Gill provides a schedule of events (including his travel plans) to her by 5:00 pm Thursday, June 4, 2009.

Dated:  June 3, 2009                MARTIN SABELLI/s/
                                    Martin Sabelli
                                    Counsel for Kulwant Gill

Dated:  June 3, 2009                PHILIP TALBERT /s/
                                    Philip Talbert
                                    Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 06-cr-0312-LKK<br><br>No. 08-cr-0107-LKK<br><br>**ORDER**<br><br><br><br><br>HONORABLE MAGISTRATE JUDGE DALE A. DROZD |

　　GOOD CAUSE APPEARING,

　　IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to travel to Fremont, California, to attend his uncle's cremation this Saturday, June 6, 2009, subject to his providing Officer Fidelman with a complete schedule of his travel and visitation plans by 5:00 p.m. on June 4, 2009.

Date: June 3, 2009

_____
U.S. MAGISTRATE JUDGE