UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 2:08-cr-00107-LKK<br>No. 06-cr-00312-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
|---|---|

　　　These matters are scheduled for a status hearing on August 4, 2009.

　　　The parties have been involved in plea negotiations and believe that a negotiated resolution is possible in this matter. The parties nonetheless agree that a trial date should be set at the next calling of the case.

　　　Undersigned counsel for Mr. Gill, however, is not available for the August 4, 2009 hearing in this matter due to a conflicting evidentiary hearing in the Northern District of California in a thirty-one person RICO prosecution in that District (United States v. Herrera 08-CR-730). Counsel represents the sole capital defendant in, and has been acting as lead counsel for, that case.

　　　Counsel for the United States is not available, due to trial, on August 18, August 25, and September 1, 2009. Counsel for the accused is not available August 11, September 8, and September 15, 2009.



The parties therefore request that this matter be continued to September 22, 2009 at 9:15 am so that plea negotiations may conclude.

The parties stipulate to exclusion of time for purposes of the Speedy Trial Act for the interests of justice and continuity of counsel.

Dated:  July ___, 2009              _____/s/_____
                                                    Martin Sabelli

Dated:  July ___, 2009              _____/s/_____
                                                    Laurel Rimon AUSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>KULWANT SINGH GILL,<br><br>            Defendant | No. 2:08-cr-00107-LKK<br>No. 06-cr-00312-LKK<br><br>**ORDER** |
|---|---|

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the hearing scheduled for August 4, 2009 in these matters be continued to September 22, 2009.

1  By agreement of the parties, time is excluded for purposes of the Speedy
2  Trial Act for the interests of justice and continuity of counsel.
3
4  Date: July 31, 2009
5
6  LAWRENCE K. KARLTON
   SENIOR JUDGE
7  UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28