UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>        Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND ORDER REGARDING TRAVEL SEPTEMBER 6, 2009** |

Undersigned counsel for Mr. Gill hereby requests that he be allowed to travel to attend a family function on Sunday, September 6, 2009 from 3:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

The United States has no objection.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request.

Dated:  August 31, 2009                    MARTIN SABELLI/s/
                                                            Martin Sabelli
                                                            Counsel for Kulwant Gill

Dated:  August 31, 2009                    Laurel Rimon /s/
                                                            Laurel Rimon
                                                            Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br><br>  Defendant | No. 2:08-cr-00107-LKK<br><br>**ORDER**<br><br><br><br><br>HONORABLE MAGISTRATE JUDGE GREGORY HOLLOWS |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend a family function on Sunday, September 6, 2009 from 3:00 pm until midnight. The function, a barbeque, will be held at 3655 Madrone Way, Sacramento, CA, 95834.

Date: September 3, 2009

/s/ Gregory G. Hollows

HON. GREGORY HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Gill.trav