UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>      Defendant | No. 06-cr-0312-LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND ORDER REGARDING TRAVEL OCTOBER 31, 2009 AND NOVEMBER 1, 2009** |

Undersigned counsel for Mr. Gill hereby requests that he be allowed to travel to attend religious services and associated events on Saturday, October 31 from 5:00 pm to 11:30 pm, and November 1, 2009 from 8:30 am until 7:00 pm, in Yuba City, CA.

The United States has no objection.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request.

Dated:  October 29, 2009           MARTIN SABELLI/s/
                                   Martin Sabelli
                                   Counsel for Kulwant Gill

Dated:  October 29, 2009           Laurel Rimon /s/
                                   Laurel Rimon
                                   Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>KULWANT SINGH GILL,<br><br>　　　　Defendant | No. 2:06-cr0312 LKK<br><br>No. 2:08-cr-00107-LKK<br><br>**ORDER** |

　　GOOD CAUSE APPEARING,

　　IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend religious services and associated events on Saturday, October 31 from 5:00 pm to 11:30 pm, and November 1, 2009 from 8:30 am until 7:00 pm, in Yuba City, CA.

Date:  November 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/gill0312.stipord