FILED
NOV 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>        Defendant | No. 06-cr-0312-LKK<br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HOLIDAY TRAVEL** |

Undersigned counsel for Mr. Gill hereby requests that Mr. Gill be allowed to attend various family gatherings, religious services, and associated events during the following dates and times (all locations to be approved in advance by the United States Pre-Trial Officer):

11/26/2009   10:00 am to 12:00 am.

11/27/2009   11:00 am to 6:00 pm.

12/24/2009   10:00am to 10:30 pm.

12/25/2009   10:00 am to 12:00 am.

12/31/2009   6:00 pm to 1:00 am.

1/01/2010   10:00 am to 6:00 pm.

The United States has no objection to this request.

1 United States Pre-Trial Services Officer Rebecca Fidelman has no objection
2 to this request.
3
4 Dated: November 16, 2009     MARTIN SABELLI/s/
         Martin Sabelli
5          Counsel for Kulwant Gill
6
7 Dated: November 16, 2009     Laurel Rimon /s/
         Laurel Rimon
8          Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br>Defendant | 2:06-CR-312 LKK<br>No. 2:08-cr-00107-LKK<br><br>[~~PROPOSED~~] ORDER<br><br><br><br>HONORABLE MAGISTRATE JUDGE<br>DALE A. DROZD |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend family gatherings, religious services, and associated events during the following dates and times (all locations to be approved in advance by the United States Pre-Trial Officer):

11/26/2009   10:00 am to 12:00 am.

11/27/2009   11:00 am to 6:00 pm.

12/24/2009   10:00am to 10:30 pm.

1 | 12/25/2009   10:00 am to 12:00 am.

2 | 12/31/2009   6:00 pm to 1:00 am.

3

4 | 1/01/2010   10:00 am to 6:00 pm.

5

6

7 | Date: November 17, 2009

HON. DALE DROZD
UNITED STATES MAGISTRATE
JUDGE