UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-cr-0312-LKK |
| Plaintiff, | No. 2:08-cr-00107-LKK |
| | **STIPULATION AND ORDER REGARDING TRAVEL** |
| vs. | |
| KULWANT SINGH GILL, | |
| Defendant | |

Mr. Gill hereby requests that he be allowed to attend his son's high school basketball games (as his son is being recruited by colleges).  Because the times of the games vary, Mr. Gill would request that United States Pre-Trial Services have the discretion to approve dates and times.

Mr. Gill also requests that he be allowed to attend the wedding reception for a family member in Cameron Park in Folsom, California, with the prior approval of date and time by United States Pre-Trial Services.

The United States has no objection to these requests.

/ / /

/ / /

/ / /

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to these requests.

Dated:  January 16, 2010                    MARTIN SABELLI/s/
                                            Martin Sabelli
                                            Counsel for Kulwant Gill


Dated:  January 16, 2010                    Laurel Rimon /s/
                                            Laurel Rimon
                                            Counsel for the United States


GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Date: January 19, 2010.



_____
U.S. MAGISTRATE JUDGE