**FILED**

MAR 17 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>Defendant | No. 06-cr-0312-LKK<br>No. 2:08-cr-00107-LKK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TRAVEL** |

Undersigned counsel for Mr. Gill hereby requests that Mr. Gill be allowed to attend a family funeral on Friday, March 19, 2010. The funeral and reception will be held at 4701 Marysville Boulevard, Sacramento, CA 95838 from 10:00 am until 10:00 pm.

The United States has no objection to this request.

United States Pre-Trial Services Officer Rebecca Fidelman has no objection to this request.

Dated: March 16, 2010                  MARTIN SABELLI/s/
                                                         Martin Sabelli
                                                         Counsel for Kulwant Gill

Dated: March 16, 2010                  Laurel Rimon /s/
                                                         Laurel Rimon
                                                         Counsel for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>        Defendant | No. 2:06-cr-00312-LKK<br><br>[~~PROPOSED~~] *DAD* ORDER<br><br><br><br>HONORABLE MAGISTRATE JUDGE ~~GREGORY HOLLOWS~~ *DAD* |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Kulwant Gill is hereby authorized to attend a family funeral on Friday, March 19, 2010. The funeral and reception will be held at 4701 Marysville Boulevard, Sacramento, CA 95838 from 10:00 am until 10:00 pm.

Date: March 17, 2010

*/s/ Dale A. Drozd*
HON. DALE DROZD
UNITED STATES MAGISTRATE JUDGE