MARTIN A. SABELLI (164772)
149 Natoma Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 284-9806
Fax:   (415) 520-5810
msabelli@comcast.net

Attorney for Kulwant Gill

FILED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-cr-0312-LKK |
| Plaintiff, | No. 2:08-cr-00107-LKK |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRAVEL |
| KULWANT SINGH GILL, | |
| Defendant | |

Undersigned counsel for Mr. Gill hereby requests that Mr. Gill be allowed to attend his son's high school graduation, and a family celebration for that graduation, on Friday, May 28, 2010 from 10:00 am on May 28, 2010 until 12:00 am on May 29, 2010. He shall advise United States Pre-Trial Services Officer Rebecca Fidelman of the address for each event. He shall not leave the Eastern District of California.

The United States has no objection to this request.

1 | United States Pre-Trial Services Officer Rebecca Fidelman has no objection
2 | to this request.

Dated: May 24, 2010                    <u>MARTIN SABELLI/s/</u>
                                        Martin Sabelli
                                        Counsel for Kulwant Gill

Dated: May 24, 2010                    <u>Laurel Rimon /s/</u>
                                        Laurel Rimon
                                        Counsel for the United States

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>　　　　　Defendant | No. 06-cr-0312-LKK<br>No. 2:08-cr-00107-LKK<br><br>[~~PROPOSED~~] *And* ORDER<br><br><br><br>UNITED STATES MAGISTRATE DALE DROZD |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT Mr. Gill be allowed to attend his son's high school graduation, and a family celebration for that graduation, on Friday, May 28, 2010 from 10:00 am on May 28, 2010 until 12:00 am on May 29, 2010. He shall advise United States Pre-Trial Services Officer Rebecca Fidelman of the address for each event. He shall not leave the Eastern District of California.

Date: May 25, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　HON. DALE DROZD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE