UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-00107-LKK |
|---|---|
| Plaintiff, | No. 06-cr-00312-LKK |
| vs. | **ORDER** |
| KULWANT SINGH GILL, | |
| Defendant | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the sentencing in these matters be continued to February 15, 2011 in order to complete preparation of the Pre-Sentence Report in this matter.

The schedule shall be as follows:

Judgment and Sentencing date:                                    2/15/2011 at 9:15AM

Motion for Correction of the Presentence Report shall
be filed with the Court and served on the Probation
Officer and opposing counsel no later than:                      2/8/2011

The Presentence Report shall be filed with the Court
and disclosed to counsel no later than:                          2/1/2011

Counsel's written objections to the Presentence Report
shall be delivered to the Probation Officer and opposing
counsel no later than:                                           1/18/2011

1   The proposed Presentence Report shall be disclosed to
    counsel no later than:                                              1/11/2011

Date: October 14, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT