**MARTIN SABELLI (164772)**
**Law Offices of Martin A. Sabelli**
**149 Natoma Street, Third Floor**
**San Francisco, CA 94105**
**Tel: (415) 284-9806**
**Fax: (415) 520-5810**
**msabelli@comcast.net**

**Attorney for**
**KULWANT GILL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>Defendant | No. 06-cr-0312-LKK<br><br>No. 08-cr-00107-LKK<br><br>ORDER RE STIPULATION TO CONTINUE SENTENCING DATE |

Good cause appearing,

IT IS HEREBY ORDERED THAT the following schedule will be observed by the parties and by the USPO:

Judgment and Sentencing date:  1/24/2012

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  1/18/2012

| | |
|---|---:|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/11/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/28/2011 |

Dated:  September 30, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT