UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>KULWANT SINGH GILL,<br><br>            Defendant | No. 2:08-cr-00107-LKK<br>No. 06-cr-00312-LKK<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the conditions of pre-trial release be amended to eliminate the condition of electronic monitoring for Mr. Gill and, specifically, that the conditions of release be modified to strike conditions #8, 9 and 10.

Date: November 17, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT