**MARTIN SABELLI (164772)**
**Law Offices of Martin A. Sabelli**
**149 Natoma Street, Third Floor**
**San Francisco, CA 94105**
**Tel: (415) 284-9806**
**Fax: (415) 520-5810**
**msabelli@comcast.net**

**Attorney for KULWANT GILL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 06-cr-0312-LKK |
|---|---|
| Plaintiff, | No. 08-cr-00107-LKK |
| vs. | **STIPULATION TO CONTINUE SELF SURRENDER DATE** |
| KULWANT SINGH GILL, | |
| Defendant | |

This Court sentenced Kulwant Gill on March 29, 2012. By order of this Court, Mr. Gill is due to self surrender on May 8, 2012. Mr. Gill has not yet been designated by the Bureau of Prisons (BOP).

The parties hereby stipulate to extending Mr. Gill's self-surrender date until the BOP designates him (which the parties anticipate will occur within a matter of days). The objective is to avoid depositing him for a short stay in county jail where his health issues would most probably be aggravated. Specifically, the parties stipulate to the following Order:

This Court hereby directs the BOP to designate Mr. Gill as soon as possible and that Mr. Gill's self surrender date be extended until the BOP designates him to a federal

correctional facility. This Court further directs that Mr. Gill surrender directly to the facility to which he has been designated by the BOP within two days of being informed of the facility.

Dated: May 4, 2012                                               Respectfully Submitted,

                                                                 MARTIN SABELLI/s/
                                                                 Counsel for Kulwant Gill

Dated: May 4, 2012                                               MICHELLE BECKWITH /s/
                                                                 Michelle Beckwith
                                                                 Counsel for the United States

## ORDER

This Court hereby directs the BOP to designate Mr. Gill as soon as possible and that Mr. Gill's self surrender date be extended until the BOP designates him to a federal correctional facility. This Court further directs that Mr. Gill surrender directly to the facility to which he has been designated by the BOP within two days of being informed of the facility.

Dated: 5/4/2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT