HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
KULWANT SINGH GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00312-MCE-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| KULWANT SINGH GILL, | |
| Defendant-Movant. | |

Good cause appearing, Defendant KULWANT SINGH GILL's request for a 90-day extension of time to file any supplement to his motion to reduce his sentence pursuant to the First Step Act is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE