HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KULWANT SINGH GILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00312-MCE-KJN |
| Plaintiff, | |
| vs. | **SEALING ORDER** |
| KULWANT SINGH GILL, | JUDGE: Hon. Morrison C. England, Jr |
| Defendant-Movant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Supplement in Support of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) be granted so that medical information is not available on the public docket. The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney Michelle M. Beckwith. These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: October 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gill: Sealing Order