1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                CASE NO. 2:06-CR-00312-MCE-KJN
                                                      2:08-CR-00107-MCE-KJN
11                          Plaintiff,
                                             ORDER SEALING DOCUMENTS AS SET FORTH
12              v.                           IN GOVERNMENT'S NOTICE

13  KULWANT SINGH GILL,

14                          Defendant.

15

16

17

18         Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

19  Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Motion

20  for Compassionate Release pertaining to defendant Kulwant Singh Gill, and the Government's Request

21  to Seal shall be SEALED until further order of this Court.

22         It is further ordered that electronic access to the sealed documents shall be limited to the United

23  States and counsel for the defendant.

24         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

25  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

26  the Government's Request, sealing the Governments's Request and Exhibit 2 serves a compelling

27  interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the

28  government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds

ORDER SEALING DOCUMENTS AS SET FORTH IN              1
GOVERNMENT'S NOTICE

1   that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would

2   adequately protect the compelling interests identified by the government.

3        IT IS SO ORDERED.

4

5   Dated:  December 10, 2020

6

7   MORRISON C. ENGLAND, JR
    SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

2