McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:06-CR-00312-MCE-KJN |
| --- | --- |
| Plaintiff, | 2:08-CR-00107-LKK-KJN |
| v. | ORDER GRANTING MOTION FOR REDUCTION IN SENTENCE PURSUANT TO |
| KULWANT SINGH GILL, | 18 U.S.C. § 3582(c)(1)(A)(i) |
| Defendant. | |

On December 8, 2020, the United States of America and the Director of the Federal Bureau of Prisons filed a motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Kulwant Singh Gill, to time-served, and commencement of a 36-month term of supervised release previously imposed. 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition, limited life expectancy, and end-of-life trajectory constitute extraordinary and compelling reasons warranting the requested reduction.

The motion is therefore granted:

1. The Court modifies defendant's previously imposed concurrent sentence of incarceration of 130-month term of imprisonment to time-served.

2. The defendant shall be released from the custody of the Federal Bureau of Prisons.

ORDER GRANTING MOTION FOR REDUCTION IN SENTENCE

1

3. Upon release from custody of the Federal Bureau of Prisons, the defendant shall begin serving the 36-month term of supervised release, with all other terms of the judgment remaining unchanged.  *See* Judgment and Commitment, 06-CR-00312, ECF 120; 08-CR-00107, ECF 174.

IT IS SO ORDERED.

Dated:  December 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE