AO 245C-CAED (Rev. 09/2019) Sheet 1 - Amended Judgment in a Criminal Case        (NOTE: Identify Changes with Asterisks®)

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**KULWANT SINGH GILL**

**Date of Original Judgment:**   **March 27, 2012**
(Or Date of Last Amended Judgment)

**FIRST AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: **2:06CR00312-1**

Defendant's Attorney: Kulwant Gill, Pro Se

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s)   1-6 and 7-11   of the FIRST Superseding Indictment.

[ ]   pleaded nolo contendere to count(s) ___ , which was accepted by the court.

[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §1343 | Wire Fraud (Class C Felony) | 02/2002 | 1 |
| 18 USC §1343 | Wire Fraud (Class C Felony) | 12/2002 | 2 |
| 18 USC §1343 | Wire Fraud (Class C Felony) | 12/2002 | 3 |
| 18 USC §1343 | Wire Fraud (Class C Felony) | 11/2003 | 4 |
| 18 USC §1343 | Wire Fraud (Class C Felony) | 11/2003 | 5 |
| 18 USC §1343 | Wire Fraud (Class C Felony) | 05/2003 | 6 |
| 18 USC §1001(a)(2) and 2 | Making a False Statement (Class D Felony) | 09/2004 | 7 |
| 18 USC §1001(a)(2) and 2 | Making a False Statement (Class D Felony) | 10/2004 | 8 |
| 18 USC §1001(a)(2) and 2 | Making a False Statement (Class D Felony) | 11/2004 | 9 |
| 18 USC §1001(a)(2) and 2 | Making a False Statement (Class D Felony) | 10/2005 | 10 |
| 18 USC §1001(a)(2) and 2 | Making a False Statement (Class D Felony) | 10/2005 | 11 |

AO 245C-CAED (Rev. 09/2019) Sheet 1 - Amended Judgment in a Criminal Case          (NOTE: Identify Changes with Asterisks®)

DEFENDANT: **KULWANT SINGH GILL**                                                                    Page 2 of 11
CASE NUMBER: **2:06CR00312-1**

      The defendant is sentenced as provided in pages 2 through____of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ____ .
[ ]   Count(s) ____ dismissed on the motion of the United States.
[ ]   Indictment is to be dismissed by District Court on motion of the United States.
[✓]   Appeal rights given.         [ ]   Appeal rights waived.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**12/11/2020**
Date of Imposition of Judgment

Signature of Judicial Officer

**Morrison C. England, Jr.**, Senior U. S. District Judge
Name & Title of Judicial Officer

12/18/2020
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>TIME SERVED</u>.

[ ]   No TSR: Defendant shall cooperate in the collection of DNA.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district
    [ ]   at ___ on ___.
    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ]   before ___ on ___.
    [ ]   as notified by the United States Marshal.
    [ ]   as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

   Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                  _____
                                  United States Marshal

                                  _____
                                  By Deputy United States Marshal

AO 245B-CAED (Rev. 09/2019) Sheet 3 - Supervised Release

DEFENDANT: **KULWANT SINGH GILL**                                                Page 4 of 11
CASE NUMBER: **2:06CR00312-1**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:
<u>36 months on each of Counts 1 through 11 of Docket Number 2:06CR00312, and Counts 1 and 2 of Docket Number 2:08CR00107, all to be served concurrently for a total term of 36 months.</u>

# MANDATORY CONDITIONS

You must not commit another federal, state or local crime.
You must not unlawfully possess a controlled substance.
You must refrain from any unlawful use of controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

[✓]   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

[✓]   You must cooperate in the collection of DNA as directed by the probation officer.

[ ]   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

[ ]   You must participate in an approved program for domestic violence.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B-CAED (Rev. 09/2019) Sheet 3 - Supervised Release

DEFENDANT: **KULWANT SINGH GILL**                                          Page 5 of 11
CASE NUMBER: **2:06CR00312-1**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: underline www.uscourts.gov.

Defendant's Signature _____          Date _____

AO 245B-CAED (Rev. 09/2019) Sheet 3 - Supervised Release

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

Page 6 of 11

## SPECIAL CONDITIONS OF SUPERVISION

1.   The defendant shall submit to the search of his person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.   The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution ordered by this Judgment is paid in full, unless the defendant obtains approval of the court or the probation officer.

3.   The defendant shall provide the probation officer with access to any requested financial information.

4.   The defendant shall not open additional lines of credit without the approval of the probation officer.

5.   As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

6.   As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

7.   The defendant shall consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of (a) any computer, or (b) computer-related device, or (c) equipment that has an internal or external modem which is in the possession or control of the defendant. The defendant consents to retrieval and copying of all data from any such computer, computer-related device, or equipment as well as any internal or external peripherals to ensure compliance with conditions. The defendant consents to removal of such computer, computer-related device, and equipment for purposes of conducting a more thorough inspection and analysis.

     The defendant consents to having installed on any computer, computer-related device, and equipment, at the defendant's expense, any hardware or software systems to monitor the use of such computer, computer-related device, and equipment at the direction of the probation officer, and agrees not to tamper with such hardware or software and not install or use any software programs designated to hide, alter, or delete his computer activities. The defendant consents to not installing new hardware without the prior approval of the probation officer.

8.   As directed by the probation officer, the defendant shall fully disclose his criminal history to any future employer and allow verification of such disclosure prior to the acceptance of employment. Further, the defendant shall not be employed in a fiduciary capacity or as the owner of a company involved in the trucking industry.

AO 245B-CAED (Rev. 09/2019) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **KULWANT SINGH GILL**                                                                                                     Page 7 of 11
CASE NUMBER: **2:06CR00312-1**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

**TOTALS**

| Processing Fee | Assessment | AVAA Assessment* | JVTA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| | $1,100.00 | $0.00 | $0.00 | $0.00 | $376,765.00 |

[ ]    The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✔]    The court orders the defendant to pay restitution to the victim as outlined in the
Restitution Attachment on Sheet 5B.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ]    Restitution amount ordered pursuant to plea agreement $ ___

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]    The interest requirement is waived for the        [ ] fine        [ ] restitution

    [ ]    The interest requirement for the        [ ] fine        [ ] restitution is modified as follows:

[ ]    If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[✔]    If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299

** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

## RESTITUTION PAYMENTS

Restitution of $376,765.00 to:

A RAMON IMPORTS TRUCKING
DEL RIO, TX 78840
$2,697.00

AE TRUCKING
SAN ANTONIO, TX 78250
$4,220.00

AIO LOGISTICS AND TRANSPORTATION
TUCSON, AZ 85745
$51,000.00

ALASKAN TRANSPORT, LLC
ANCHORAGE, AK 99502
$3,400.00

AMERICAN LOGISTICS
IRVING, TX 75038
$2,158.00

ARAPOVIC COMPANY, INC.
RIVERSIDE, CA 92503
$6,100.00

BARMAN TRANSPORT, INC.
FONTANA, CA 92335
$12,578.00

BESTWAY TRANSPORT
PORTLAND, OR 92766
$3,300.00

BIG BROTHERS TRUCKING
LOCKPORT, IL 60441
$2,475.00

BLUE EAGLE EXPRESS
DICKSON, TN 37055
$2,500.00

BLUE LINE ENTERPRISES, INC.
LAS VEGAS, NV 89147
$3,250.00

BOYD LOGISTICS, INC.
EL PASO, TX 79936
$2,588.00

BULLOCKS EXPRESS TRANSPORTATION
DENVER, CO 80216
$3,000.00

CAPITAL LINES, INC.
MORENO, CA 92557
$2,300.00

CI TRANSPORTATION
PHOENIX, AZ 85037
$1,200.00

D&D TRANSPORTATION
GOODING, ID 83330
$24,000.00

DIAMOND TRANSPORT, INC.
ANAHEIM, CA 92801
$3,600.00

DIVERSIFIED TRANSPORTATION
SULPHUR SPRINGS, TX 75482
$1,025.00

DOCKTER TRUCKING
BRADDOCK, ND 58524
$1,900.00

DOM SPINELLA
CLAY, NY 13041
$5,350.00

DON RIVER TRANSPORT
SACRAMENTO, CA 95841
$2,810.00

DON'S FROZEN EXPRESS, INC.
CALDWELL, ID 83605
$2,082.00

DOWN HOME EXPRESS, INC.
AMHERST, VA 24521
$1,390.00

EAST-WEST, INC.
ASHEVILLE, NC 28815
$2,610.00

FELIX BROTHERS TRUCKING
DOWNEY, CA 90241
$1,550.00

FREIGHTLINE HIGHWAY EXPRESS
GLENDALE, CA 91205
$1,550.00

G&J TRANSPORT, INC
CYPRESS, TX 77433
$1,750.00

GATEWAY TRUCKING, LLC.
NORTH HOLLYWOOD, CA 91606
$2,500.00

GMN SERVICES
MIRAMAR, FL 33027
$2,500.00

GOLDEN STATES EXPRESS
ANTELOPE, CA 95843
$5,500.00

HARRY OWEN TRUCKING, INC.
ELIZABETHTOWN, KY 42701
$3,200.00

HIGH GEAR TRUCK LEASING, INC
LAKEWOOD, NJ 08701
$2,640.00

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **KULWANT SINGH GILL**                                                                                Page 9 of 11
CASE NUMBER: **2:06CR00312-1**

HOUSTON RYDER EXPRESS
CYPRESS, TX 77433
$1,600.00

INTERCON CARRIERS, LC
LAREDO, TX 78045
$2,200.00

INTERSTATE TRANSPORT CORP.
VALENCIA, CA 91355
$5,950.00

JANICEK TRUCKING
STURTEVANT, WI 53177
$3,350.00

JBP TRANSPORTATION
LAWRENCEVILLE, GA 30043
$1,945.00

JNJ TRANSPORTATION
TRACY, CA 95377
$5,900.00

JOHN BROTHERS CARGO
HIALEAH GARDENS, FL 33016
$7,000.00

JR FREIGHT COMPANY
NEWHALL, CA 91321
$2,100.00

JRO TRUCKING
SOUTH GATE, CA 90280
$1,380.00

KEEP IT MOVING TRUCKING CO.
LOS ANGELES, CA 90043
$2,200.00

KL TRANSPORT
CITY OF INDUSTRY, CA 91748
$2,800.00

KOOL PAC, LLC
LAKE OSWEGO, OR 97035
$2,900.00

KWIK KARGO, INC.
CLEAR LAKE, MN 55319
$4,400.00

L&M FREIGHT , INC.
HOUSTON, TX 77067
$3,160.00

LANCER TRANSPORT SERVICES, INC.
PHOENIX, AZ 85029
$10,370.00

LANDFORCE EXPRESS CORP.
VICTORVILLE, CA 92392
$2,600.00

LOGISTICS & TRANSPORTATION SERVICE, INC
CHINO, CA 91710
$1,500.00

LONGHORN LOGISTICS CORP.
DALLAS, TX 75284
$5,950.00

MIKE'S LOADING SERVICE, INC.
MCALLEN, TX 78501
$1,700.00

MONTOYA ENTERPRISES
HESPERIA, CA 92345
$2,000.00

MOSSBURG TRUCKING
ERICK, OK 73645
$3,800.00

NAVARRO'S TRUCKING
MIRA LOMA, CA 91752
$1,425.00

OT LOGISTICS
TORRANCE,, CA 90503
$3,100.00

PATRICK ASH TRANSPORTATION
MOORHEAD, MN 56560
$2,902.00

PEI, INC.
FOREST PARK, GA 30297
$2,600.00

PISCATAQUA BROKERAGE
GREENLAND, NH 03840
$1,150.00

PORTABLE LOGISTIC
EASTON, PA 18040
$3,050.00

PRAIRIE PACIFIC
WICHITA, KS 67218
$2,100.00

PREMIER LOGISTICS
HIGLEY, AZ 85236
$3,600.00

PRIORITY TRANSPORTATION BROKERS
BOHEMIA, NY 11716
$2,500.00

PRUDENT, INC.
WHITTIER, CA 90605
$3,300.00

QUAN
ELK GROVE, CA 95758
$2,850.00

S&S EXPRESS, INC.
CLEVELAND, OH 44130
$25,000.00

SAMUEL AVETISYAN
FRESNO, CA 93726
$3,660.00

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

SCOTT TRUCK SYSTEMS
WHITELAND, IN 46184
$2,700.00

SCOTT'S EXPRESS, INC.
GRAND FORKS, ND 58208
$2,500.00

SIDHU TRUCK LINE
BAKERSFIELD, CA 93380
$3,100.00

SINGH TRUCKING
HAYWARD, CA 94544
$2,700.00

SONKO, INC.
ALMA, AR 72921
$3,400.00

SOUTHLAND EXPRESS, INC.
MAYO, FL 32066
$3,400.00

SUMARK
GERMANTOWN, NY 12526
$3,100.00

SUN AIRE TRANSPORT
LAKE HAVASU CITY, AZ 86406
$1,700.00

SUNRISE TRANSPORTATION
CASTAIC, CA 91384
$22,500.00

TIGER FREIGHT SOLUTIONS, INC.
THE WOODLANDS, TX 77380
$5,800.00

TPH TRANSPORT
CREAM RIDGE, NJ 08514
$3,100.00

TRIPLE J TRANSPORTATION
WRIGHT CITY, MO 63390
$2,900.00

TRT CARRIERS
MEMPHIS, TN 38125
$2,500.00

UNITED WAREHOUSE COMPANY
WICHITA, KS 67219
$3,100.00

V.G. TRUCKING, INC.
LITHONIA, GA 30058
$3,500.00

WILD HORSE EXPRESS
PHOENIX, AZ 85029
$10,000.00

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

Page 11 of 11

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A.  [ ]  Lump sum payment of $ ___ due immediately, balance due

       [ ]  Not later than ___, or
       [ ]  in accordance      [ ] C,      [ ] D,      [ ] E,or      [ ] F below; or

B.  [✓]  Payment to begin immediately (may be combined with      [ ] C,      [ ] D,      or [ ] F below); or

C.  [ ]  Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D.  [ ]  Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E.  [ ]  Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F.  [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245C(Rev. 09/2019) Criminal Judgment
Sheet 8 - Reasons for Amendment

Not for Public Disclosure

DEFENDANT: **KULWANT SINGH GILL**
CASE NUMBER: **2:06CR00312-1**

Page 12 of 11

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))

[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[✓] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [ ] Modification of Restitution Order